## AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

## INTRODUCTION

I, Heather Call, being first duly sworn state:

1.      Your affiant, Heather Call, employed with the Newport News Police Department (NNPD) since June 2004, and more specifically with the Special Victims Unit since July 2011. This assignment has afforded me the opportunity to investigate and/or arrest and prosecute numerous individuals for crimes relating to the neglect and abuse of children in violation of the Virginia (VA) State Code. I have previously been involved in criminal investigations concerning violations of federal laws. Those investigations included, but are not limited to, child exploitation and child pornography. Since joining the NNPD your affiant has attended specialized training courses in child/adolescent interviewing, human trafficking, identifying and seizing electronic evidence, and computer forensic, recovery, and social site investigations.

2.      I am currently assigned as a Master Police Detective with the Newport News Police Department, Criminal Investigations Division, Special Victims Unit, as well as a Task Force Officer (TFO) assigned to the Federal Bureau of Investigation, Norfolk Division Child Exploitation Task Force. I have participated in investigations involving sexual assaults, persons who collect and distribute child pornography, and the distribution of materials relating to the sexual exploitation of children. I have received training from the FBI in the areas of sexual assaults and child exploitation, and I have reviewed images and videos of child pornography in a wide variety of media forms, including computer media. I have also discussed and reviewed these materials with other law enforcement officers.

3.      I was deputized as a Special Deputy United States Marshal on June 16, 2014. As a Special Deputy United States Marshal, your Affiant is authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

4.      This affidavit supports an application for a criminal complaint charging **CHRISTOPHER ALEXANDER INGRAM**, with Transportation of Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(1).

5.      This affidavit is based upon information that I have gained from my investigation, my training and experience, as well as information gained from conversations with other law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that **CHRISTOPHER ALEXANDER INGRAM**, has committed a violation of Title 18, United States Code, Section 2252A(a)(1).

1

## STATUTORY AUTHORITY AND DEFINITIONS

6.　　This investigation concerns alleged violations of Title 18, United States Code, Section 2252A(a)(1), relating to transportation of child pornography. Title 18, United States Code, Section 2252A(a)(1) makes it a federal criminal offense to knowingly mail, or transport or ship using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, any child pornography.

7.　　The term "computer," as used herein, is defined pursuant to Title 18, United States Code, Section 1030(e)(1), as "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions and includes any data storage facility or communications facility directly related to or operating in conjunction with such device."

## FACTS AND CIRCUMSTANCES

8.　　PC Between December 2022 and February 2023, the National Center for Missing and Exploited Children (NCMEC) received five CyberTip Reports (144937974, 154630510, 154746766, 154951164, and 155498289) from Synchronoss Technologies, Inc. From the five CyberTips, Synchronoss Technologies, Inc. reported the **Subject Account** phone number of the suspect as: **XXX-XXX-1230**. NCMEC subsequently passed the CyberTips to Bedford County Sheriff's Office (BCSO), in which BCSO passed to FBI Norfolk. In each of the CyberTips, Synchronoss Technologies, Inc. and NCMEC acknowledged and or/listed the images they viewed.

9.　　In CyberTip 144937974, Synchronoss Technologies, Inc. reported the suspect uploaded four files containing child pornography on December 30, 2022, at 03:37:21 UTC. The **Subject Account** phone number of the suspect was reported as: **XXX-XXX-1230**. Synchronoss Technologies, Inc. advised they viewed the entire contents of the uploaded files. A review of the files are listed below:

　　a.　"f25373840b174d15b2910ebba625b098_064a174df33b2c7f81f86cb84030b732ff343a917a435b7976ebf9ae457cd9bd.mp4": This video file is approximately 53 seconds in length. It is of a prepubescent female juvenile performing oral sex on an adult male.

　　b.　"f25373840b174d15b2910ebba625b098_096db00e6345815b2a94fd1d8a850089b0c564724f004af333c331cfa50c8dbd.mp4": This video file is approximately 1 minute 3 seconds in length. It is of a prepubescent female juvenile engaged in sexual intercourse with an adult male.

　　10. In CyberTip 154630510, Synchronoss Technologies, Inc. reported the suspect uploaded 18 files containing child pornography on February 5, 2023, at 22:07:50 UTC. The **Subject Account** phone number of the suspect was reported as: **XXX-XXX-1230**. Synchronoss Technologies, Inc. advised they viewed the entire contents of the uploaded files. A review of a sampling of the files are listed below:

2

c. "f25373840b174d15b2910ebba625b098_6b9b6abe5d0b50fd5293b072598b015af
3188a9a22d1df297a01df9111082976.mpf": This is a video file approximately 1
minute 46 seconds in length. It is of a nude female toddler. An adult male rubs his
erect penis around her buttocks and between her legs. He then attempts to engage
in anal sex with her.

d. "f25373840b174d15b2910ebba625b098_7cb2db49fc1ff2dd2c26c92811059a84f8
0dca5ee0671343544f1d6aeef15998.mp4": This is a video file approximately 2
minutes 13 seconds in length. It is of a nude prepubescent female juvenile wearing
a mask on her face. An adult male, also wearing a mask, shoves his fingers into
her vagina. She then performs oral sex on him.

11.     In CyberTip 154746766, Synchronoss Technologies, Inc. reported the suspect
uploaded 16 files containing child pornography on February 7, 2023, at 23:47:23 UTC. The
**Subject Account** phone number of the suspect was reported as: **XXX-XXX-1230**. Synchronoss
Technologies, Inc. advised they viewed the entire contents of the uploaded files. A review of a
sampling of the files are listed below:

e. "f25373840b174d15b2910ebba625b098_ba5d8d49a54e8c158cd154fa5f248eaf0d
1dea13d40e04b51f00dc78bf5c6fd8.mp4": This is a video file approximately 28
seconds in length. It is of a nude female infant sitting on an adult female's lap. The
adult female rubs her fingers on the infant's genitals.

f. "f25373840b174d15b2910ebba625b098_48c372351fe3a2ff5a4f02eced56afcacf9
07af10aa7fbbea45dca63f0aa263b.mp4: This is a video file approximately 42
seconds in length. It is of a prepubescent female juvenile who performs oral sex on
a prepubescent male juvenile.

12.     In CyberTip 154951164, Synchronoss Technologies, Inc. reported the suspect
uploaded 14 files containing child pornography on February 9, 2023, at 21:50:19 UTC. The
**Subject Account** phone number of the suspect was reported as: **XXX-XXX-1230**. Synchronoss
Technologies, Inc. advised they viewed the entire contents of the uploaded files. A review of a
sampling of the files are listed below:

g. "f25373840b174d15b2910ebba625b098_af4cda929af69e675279a7f844b424361a
0c956456ba0979f021939f5376c0e4.mp4": This is video file approximately 1
minute 31 seconds in length. It is of a nude prepubescent female juvenile
performing oral sex on an adult male.

h. "f25373840b174d15b2910ebba625b098_7f290bdce56dff42babecb30d423959176
6a935da0fae0a0838406678a8e9a6d.mp4: This is a video file approximately 36
seconds in length. It is of a nude prepubescent female juvenile engaged in sexual
intercourse with an adult male.

13.     In CyberTip 155498289, Synchronoss Technologies, Inc. reported the suspect uploaded four files containing child pornography on February 18, 2023, at 21:39:59 UTC. The **Subject Account** phone number of the suspect was reported as: **XXX-XXX-1230**. Synchronoss Technologies, Inc. advised they viewed the entire contents of the uploaded files. A review of a sampling of the files are listed below:

       i.      "f25373840b174d15b2910ebba625b098_eabb3515c8160b4f0e391fa554ebb542bb ff793ddf439d5829871dc3c3ec9242.mp4": This is a video file approximately 1 minute 4 seconds in length. It is of a prepubescent female juvenile wearing a mask. She is performing oral sex on an adult male.

      j.      "f25373840b174d15b2910ebba625b098_1dbfb2ef2c42092feada87cb39d728c0be 744249a793e93b7fe79f96d129a176.mp4: This is a video file approximately 25 seconds in length. It is of an adult female performing oral sex on a prepubescent male juvenile.

14.     On April 8, 2024, your affiant served an administrative subpoena on Verizon Wireless for customer information pertaining to the phone number **XXX-XXX-1230**. Verizon provided the account holder as K.S., residing at a known address on Dorsey Rd in Newport News, Virginia, 23606, ("**Subject Residence**").

15.     Your affiant checked a law enforcement database and found on November 6, 2018, a person named "**Christopher**" called Newport News police dispatch from the phone number **XXX-XXX-1230** to request a medic for an unknown female with wrist pain.

16.     Your affiant checked another law enforcement database and found **XXX-XXX-1230** to be affiliated with **CHRISTOPHER ALEXANDER INGRAM**, residing at the **Subject Residence** with K.I. (formally, K.S.).

17.     Your affiant checked **CHRISTOPHER ALEXANDER INGRAM** through the Google search engine and found a baby registry on The Bump. It showed K.I. and **CHRISTOPHER ALEXANDER INGRAM**'s registry with a due date listed as October 30, 2024, and a location as Newport News, Virginia.

18.     On October 21, 2024, at 2:21 p.m., while viewing technical surveillance of the **Subject Residence**, a male matching **CHRISTOPHER ALEXANDER INGRAM**'s DMV photograph came from the area of the front of the **Subject Residence** and entered a vehicle registered to **CHRISTOPHER ALEXANDER INGRAM** and K.I.

19.     On October 23, 2024, while viewing technical surveillance of the **Subject Residence**, a male matching **CHRISTOPHER ALEXANDER INGRAM**'s DMV photography was seen several times coming from the area in the front of the **Subject Residence** and entering a vehicle registered to **CHRISTOPHER ALEXANDER INGRAM** and K.I.

## CONCLUSION

Based upon the facts set forth above, I submit that probable case exists to believe **CHRISTOPHER ALEXANDER INGRAM**, has violated Title 18, United States Code, Section 2252A(a)(1) which prohibits knowing transportation of child pornography (and any visual depictions of and involving the use of a minor engaging in sexually explicit conduct) in interstate or foreign commerce.

FURTHER YOUR AFFIANT SAYETH NOT.

Heather Call
Task Force Officer
FBI Child Exploitation Task Force
Federal Bureau of Investigation

This affidavit has been reviewed for legal sufficiency by Assistant United States Attorney Peter G. Osyf.

Reviewed:

Peter G. Osyf
Assistant United States Attorney

Subscribed and sworn to before me this 30th day of October 2024, in the City of Norfolk, Virginia.

The Honorable Lawrence R. Leonard
UNITED STATES MAGISTRATE JUDGE

5